PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Davy, Dwayne                                          Cr.: 07-00112-001

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 8/2/07

Original Offense: Conspiracy to Defraud the United States

Original Sentence: Four years probation, nine months home confinement, $39,178.03 restitution, drug treatment, no new debt and financial disclosure.

Type of Supervision: Probation                              Date Supervision Commenced: 8/2/07

## PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for an additional week commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

## CAUSE

On March 9, 2008, the probation office received an alert from the home confinement monitoring service indicating Mr. Davy failed to return to his home by his 7:30pm curfew. When contacted a short while later, the offender admitted the violation stating he attend the wake of his friend's mother.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 4/02/08

THE COURT ORDERS:

PROB 12B - Page 2
Davy, Dwayne

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4-22-08
_____
Date